KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Facsimile: (310) 846-5801

Attorney for Plaintiff

**MADE JS-6**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT
## OF CALIFORNIA

-------------------------------------------------------X
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

                                  Plaintiff,

      -against-

JAMES EWING a/k/a JIMMY JAM and
JIMMY JAM'S T-SHIRT a/k/a JIMMY
JAM T-SHIRT a/k/a JIMMY JAM'S
SILKSCREEN a/k/a JIMMY JAM
SILKSCREEN,

                                Defendants.
-------------------------------------------------------X

CIVIL ACTION NO.
10-5359 GW (FXOx)

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

     The parties having stipulated for the entry of a Final Judgment and Permanent Injunction;

IT IS HEREBY ORDERED THAT:

1. A judgment in the amount of $100,000.00 is hereby entered jointly and severally against James Ewing a/k/a Jimmy Jam and Jimmy Jam's T-Shirt a/k/a Jimmy Jam T-Shirt a/k/a Jimmy Jam's Silkscreen a/k/a Jimmy Jam Silkscreen, for willful and malicious trademark, copyright and right of publicity infringement.

2. A permanent injunction is hereby entered permanently enjoining defendants James Ewing a/k/a Jimmy Jam and Jimmy Jam's T-Shirt a/k/a Jimmy Jam T-Shirt a/k/a Jimmy Jam's Silkscreen a/k/a Jimmy Jam Silkscreen from selling, manufacturing and/or distributing any merchandise bearing the Michael Jackson name, trademark and/or likeness and/or the King of Pop mark and/or anything confusingly similar thereto.

Dated: February 28, 2011

_____
GEORGE H. WU, U.S. District Judge